```
                    United States District Court
                    Southern District of Texas
                              ENTERED

                            OCT 2 9 2003

                    Michael N. Milby, Clerk of Court
                    By Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIX INDUSTRIES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. B 03-188 |
| | § | |
| HILTVEIT ASSOCIATES, INC., | § | |
| *in personam,* and M/T RACHEL B, | § | |
| her engines, tackle, apparel, etc., *in rem*, | § | |
| Defendants. | | |

## ORDER OF NOTICE

The Court orders Plaintiff, DIX INDUSTRIES, INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). Upon the arrest of a vessel a copy of the complaint and a copy of the Order of Arrest shall be sent by certified mail to:

(a) the master or individual in charge of the vessel arrested; and, if applicable;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessels; and, if applicable;

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, on this 29th day of October, 2003.

_____
United States District Judge