8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIX INDUSTRIES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. B-03-188 |
| | § | |
| HILTVEIT ASSOCIATES, INC., | § | |
| *in personam,* and M/T RACHEL B, | § | |
| her engines, tackle, apparel, etc., *in rem,* | § | |
| Defendants. | § | |

## ORDER GRANTING NONSUIT AND DISMISSING CASE

Pending before the Court is Plaintiff's Motion for Nonsuit in the above referenced case. After due consideration of same, it is the opinion of the Court that said motion should be granted and this case dismissed without prejudice.

It is, therefore, ORDERED that Plaintiff's Motion for Nonsuit be GRANTED and this case be DISMISSED WITHOUT PREJUDICE to re-file same.

IT IS SO ORDERED.

SIGNED this the 12 day of November, 2003.

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE